UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELL WYATT, | CASE NO. CV F 10-0333 LJO SMS |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| PORTFOLIO RECOVERY LLC, | |
| Defendant. / | |

Plaintiff's counsel filed a notice of settlement. Pursuant to this Court's Local Rule 160, this Court ORDERS plaintiff, no later than April 16, 2010, to file papers to dismiss this action in its entirety, or to show cause why settlement has not been completed to permit dismissal of this action.

This Court VACATES all court dates and pending matters, including the May 26, 2010 scheduling conference.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. *See* Local Rule 160 and 272.

IT IS SO ORDERED.

**Dated:   March 15, 2010**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE